IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNELL BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv914-MHT |
| | ) | (WO) |
| LQ MANAGEMENT, L.L.C., | ) | |
| etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

There being no objection (doc. no. 46), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Romeo Lowe's motion to dismiss (doc. no. 43) is granted and defendant Lowe is dismissed and terminated as a party, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 30th day of May, 2013.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE